1  RICHARD H. FRENCH, JR. (#87317)
   THE FRENCH FIRM CO., L.P.A.
2  101 Seminary Street
   Berea, Ohio 44017
3  Telephone: (440) 826-1616
   Facsimile: (440) 826-1617
4  E-Mail: rick@airlawyer.com

5  DARRYL J. HOROWITT (#100898)
   REMA M. KOLIGIAN (#263918)
6  COLEMAN & HOROWITT, LLP
   499 West Shaw, Suite 116
7  Fresno, California 93704
   Telephone: (559) 248-4820
8  Facsimile: (559) 248-4830
   E-Mail: dhorowitt@ch-law.com
9          rkoligian@ch-law.com

10 Attorneys for Defendants and Counter-Claimants,
   HOWARD REISSNER and AMY REISSNER

11

12                    UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| 14  LOUIS J. AMENDOLA, an individual, FRESNO BEVERAGE COMPANY, INC., d.b.a. VALLEY WIDE BEVERAGE COMPANY, a California Corporation, | NO.   1:11-CV-01001-AWI-SKO |
| 15 | |
| 16 | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON** |
| 17              Plaintiffs, | |
|        v. | Complaint Filed:   June 16, 2011 |
| 18  HOWARD REISSNER, an individual, AMY REISSNER, an individual, and | Trial Date:        November 19, 2013 |
| 19  DOES 1 through 100, inclusive, | |
| 20              Defendants. | |
| 21  _____ | |
| 22  HOWARD REISSNER and AMY REISSNER, | |
| 23 | |
|              Counter-Claimants, | |
| 24       v. | |
| 25  LOUIS J. AMENDOLA and FRESNO BEVERAGE COMPANY, INC., a | |
| 26  California Corporation, dbaVALLEY WIDE BEVERAGE COMPANY, | |
| 27 | |
|              Counter-Defendants. | |
| 28 | |

1

*Louis J. Amendola v. Howard Reissner, et al.*
Case No. 1:11-CV-01001-AWI-SKO

It is hereby stipulated, by and between plaintiffs and counter-defendants, LOUIS J. AMENDOLA and FRESNO BEVERAGE COMPANY, INC., dba VALLEY WIDE BEVERAGE COMPANY, and defendants and counter-claimants, HOWARD REISSNER and AMY REISSNER, by and through their respective attorneys of record, that based on the settlement the parties have entered into, the complaint and counter-claim in the above-captioned matter may be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: July 20, 2012       DOWLING AARON INCORPORATED

                           */s/Matthew R. Dildine*
                           By:_____
                           MATTHEW R. DILDINE
                           Attorneys for Plaintiffs and Counter-
                           Defendants, LOUIS J. AMENDOLA and
                           FRESNO BEVERAGE COMPANY, INC.

Dated: July 20, 2012       RICHARD H. FRENCH, JR.
                           THE FRENCH FIRM CO., P.A.
                           COLEMAN & HOROWITT, LLP

                           */s/Darryl J. Horowitt*
                           By:_____
                           DARRYL J. HOROWITT
                           Attorneys for Defendants and Counter-
                           Claimants, HOWARD REISSNER and
                           AMY REISSNER

**ORDER**

The parties have stipulated to dismiss the action, with prejudice. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the action is DISMISSED, with prejudice. All dates are VACATED. The clerk is hereby directed to close the action.

IT IS SO ORDERED.

Dated:   July 27, 2012                                    _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE