RICHARD H. FRENCH, JR. (#87317)
THE FRENCH FIRM CO., L.P.A.
101 Seminary Street
Berea, Ohio 44017
Telephone: (440) 826-1616
Facsimile: (440) 826-1617
E-Mail: rick@airlawyer.com

DARRYL J. HOROWITT (#100898)
REMA M. KOLIGIAN (#263918)
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
E-Mail: dhorowitt@ch-law.com
        rkoligian@ch-law.com

Attorneys for Defendants and Counter-Claimants,
HOWARD REISSNER and AMY REISSNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUIS J. AMENDOLA, an individual, FRESNO BEVERAGE COMPANY, INC., d.b.a. VALLEY WIDE BEVERAGE COMPANY, a California Corporation,<br><br>           Plaintiffs,<br>v.<br><br>HOWARD REISSNER, an individual, AMY REISSNER, an individual, and DOES 1 through 100, inclusive,<br><br>           Defendants.<br>_____<br><br>HOWARD REISSNER and AMY REISSNER,<br><br>           Counter-Claimants,<br>v.<br><br>LOUIS J. AMENDOLA and FRESNO BEVERAGE COMPANY, INC., a California Corporation, dbaVALLEY WIDE BEVERAGE COMPANY,<br><br>           Counter-Defendants. | NO.   1:11-CV-01001-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**<br><br>Complaint Filed:   June 16, 2011<br>Trial Date:            November 19, 2013 |

1

*Louis J. Amendola v. Howard Reissner, et al.*
Case No. 1:11-CV-01001-AWI-SKO

It is hereby stipulated, by and between plaintiffs and counter-defendants, LOUIS J. AMENDOLA and FRESNO BEVERAGE COMPANY, INC., dba VALLEY WIDE BEVERAGE COMPANY, and defendants and counter-claimants, HOWARD REISSNER and AMY REISSNER, by and through their respective attorneys of record, that based on the settlement the parties have entered into, the complaint and counter-claim in the above-captioned matter may be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated:  July 20, 2012          DOWLING AARON INCORPORATED

                                         */s/Matthew R. Dildine*
                               By:_____
                                         MATTHEW R. DILDINE
                                         Attorneys for Plaintiffs and Counter-
                                         Defendants, LOUIS J. AMENDOLA and
                                         FRESNO BEVERAGE COMPANY, INC.

Dated:  July 20, 2012          RICHARD H. FRENCH, JR.
                               THE FRENCH FIRM CO., P.A.
                               COLEMAN & HOROWITT, LLP

                                         */s/Darryl J. Horowitt*
                               By:_____
                                         DARRYL J. HOROWITT
                                         Attorneys for Defendants and Counter-
                                         Claimants, HOWARD REISSNER and
                                         AMY REISSNER

**ORDER**

The parties have stipulated to dismiss the action, with prejudice.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the action is DISMISSED, with prejudice.  All dates are VACATED.  The clerk is hereby directed to close the action.

IT IS SO ORDERED.

Dated:  __July 27, 2012__                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE